PEOPLE v. HALL

CRIMINAL LAW—SENTENCE—SAFE BREAKING—ATTEMPT.

> Sentence of 8 to 25 years upon a conviction of attempt to injure
> a safe is proper, because the statute under which the defendant
> was convicted expressly provides for the punishment of the
> offense and the general attempt statute does not apply be-
> cause the latter statute applies only when no express provi-
> sion is made by law for the punishment of an attempt (MCLA
> §§ 750.92, 750.531).

Appeal from Recorder's Court of Detroit, Joseph Giovan, J. Submitted Division 1 November 17, 1970, at Detroit. (Docket No. 9768.) Decided December 9, 1970. Leave to appeal denied March 15, 1971. 384 Mich 816.

Reginald Hall was convicted of attempt to injure a safe. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Robert A. Reuther,* Assistant Prosecuting Attorney, for the people.

*Charles T. Burke,* for defendant on appeal.

---

REFERENCE FOR POINTS IN HEADNOTE
21 Am Jur 2d, Criminal Law § 587.

Before: V. J. Brennan, P. J., and J. H. Gillis and O'Hara,* JJ.

Per Curiam.    The people move to affirm (GCR 1963, 817.5[3]) defendant's conviction of violating MCLA § 750.531 (Stat Ann 1954 Rev § 28.799) and the 8- to 25-year prison sentence imposed thereon.

In stating his findings, the trial court stated that defendant did in fact injure a safe.   However, in stating the verdict, the court said that defendant did attempt to injure a safe.   On appeal, defendant contends that he should have been sentenced to no more than five years in prison under the general attempt statute, MCLA § 750.92 (Stat Ann 1962 Rev § 28.287).

The general attempt statute is not applicable in this case because it applies only "when no express provision is made by law for the punishment of such attempt".   MCLA § 750.531 (Stat Ann 1954 Rev § 28.799), the statute under which defendant was convicted, expressly provides for the punishment of the offense of attempting to break, burn, blow-up or otherwise injure or destroy any safe.

Motion to affirm, granted.

---

* Former Supreme Court Justice, sitting on the Court of Appeals by assignment pursuant to Const 1963, art 6, § 23 as amended in 1968.